ISIDOR HETSON, Respondent, v. IRVING SOMMERS, Appellant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEAH Y. FINKELSTEIN, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERBERT WERBLOWSKY, an Infant, by GERDA W. VAN DAM, His Guardian ad Litem, et al., Respondents, v. MORITZ WERBLOWSKY, Defendant. SUSANNE WERBLOWSKY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LYDIA L. QUERZE, Respondent, v. RAOUL QUERZE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NONDAS METCALFE, Appellant, v. ROBERT F. CUTLER, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. FISCHBACH & MOORE, INC., et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 664.]

JOSEPH BERGER, Appellant, v. EDWARD W. GINSBURG et al., Respondents.— Order unanimously affirmed, without costs, without prejudice to a renewal in proper form. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MIHAPA REALTY CORPORATION, Respondent, v. EARL MILLER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REGINA C. SIMMS, Respondent, v. HERBERT L. SIMMS, Appellant.— Order so far as appealed from, unanimously modified by reducing counsel fee to the sum of $1,500, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MURIEL V. CAMPBELL, Appellant, v. JOHN E. CAMPBELL, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ABRAHAM ZIPKIN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

AGRICULTURAL INSURANCE COMPANY et al. v. ELMHURST CONTRACTING Co., INC., and ALAN H. BONITO & Co., INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 972.]

VEE MACHINE TOOL COMPANY, INC., v. MERRIAM BRONX CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1028.]